899 So.2d 569 (2005)
STATE ex rel. Daron WRIGHT
v.
STATE of Louisiana.
No. 2004-KH-1310.
Supreme Court of Louisiana.
April 22, 2005.
In re Wright, Daron;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. E, No. 408-451; to the Court of Appeal, Fourth Circuit, No. 2004-K-0269.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.